UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHALIYAH WILLIAMS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> KILOLO KIJAKAZI, ) </br> Acting Commissioner of Social Security, ) </br> ) </br> Defendant. ) </br> ) | **JUDGMENT** </br> </br> 4:22-CV-38-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings..

**This judgment filed and entered on January 18, 2023, and served on:**
Vaughn Clauson (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)

January 18, 2023

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk